

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00863-CV

**IN THE INTEREST OF A.C., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01551
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time is DENIED IN PART with respect to the requested extension until June 2020, but is GRANTED IN PART in that the time to file the appellant's brief is extended to April 1, 2020, with No Further Extensions.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court